No. 92–7141. McCrary El v. Delo, Superintendent, Potosi Correctional Center, et al. C. A. 8th Cir. Certiorari denied.

No. 92–7144. Kelley et al. v. Gonzalez et al. C. A. 3d Cir. Certiorari denied.

No. 92–7146. Hartsfield v. United States. C. A. 10th Cir. Certiorari denied.

No. 92–7147. Gray v. United States. C. A. 5th Cir. Certiorari denied.

No. 92–7151. Clevy v. United States. C. A. 6th Cir. Certiorari denied.

No. 92–7152. Simpson v. United States. C. A. 8th Cir. Certiorari denied.

No. 92–7156. Salama v. United States. C. A. 4th Cir. Certiorari denied.

No. 92–7157. Rendelman v. United States. C. A. 6th Cir. Certiorari denied.

No. 92–7160. Randle v. Runyon, Postmaster General. C. A. 8th Cir. Certiorari denied.

No. 92–7163. Martinez v. United States. C. A. 5th Cir. Certiorari denied.

No. 92–7165. Figueroa v. United States. C. A. 1st Cir. Certiorari denied.

No. 92–7167. Engle v. United States. C. A. 6th Cir. Certiorari denied.

No. 92–7169. Larson v. North Dakota et al. Sup. Ct. N. D. Certiorari denied.

No. 92–7173. Moore v. Mississippi. Sup. Ct. Miss. Certiorari denied.

No. 92–7174. Quinones v. Meachum, Commissioner, Connecticut Department of Corrections. C. A. 2d Cir. Certiorari denied.